# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW LICHTENSTEIN**<br><br>    v.<br><br>**LOWER MERION SCHOOL DISTRICT, et al.** | **CIVIL ACTION**<br><br>**NO. 16-5366** |

## ORDER

And NOW, this 8th day of February 2017, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the Plaintiff's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) (ECF No. 8) is DENIED, except as to all claims against Pat Guinnane, where it will be GRANTED, without prejudice, and with leave to amend.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**Michael M. Baylson, U.S.D.J.**

O:\Jessica.2016\16-cv-5366, Lichtenstein v. Lower Merion, et al\Order Re Motion to Dismiss.docx