**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MATTHEW LICHTENSTEIN**<br><br>   **v.**<br><br>**LOWER MERION SCHOOL DISTRICT,**<br>**et al.** | **CIVIL ACTION**<br><br>**NO.  16-5366** |

## ORDER

And NOW, this 28th day of June, 2018, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that the Defendants' Motion for Summary Judgment, filed pursuant to Federal Rule of Civil Procedure 56 (ECF No. 29) is **GRANTED** as to all remaining parties.

The Complaint is therefore **DISMISSED** with prejudice.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 16\16-5366 Lichtenstein v Lower Merion Sch Dist\Order Re MSJ.docx